Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 15−24894−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Brian G Walcott
   12 High Street
   West Orange, NJ 07052

Social Security No.:
   xxx−xx−5266

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on October 19, 2015.

On 07/22/2016 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Stacey L. Meisel on:

Date:             August 24, 2016
Time:             09:00 AM
Location:         Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: July 25, 2016
JJW: dlr

                                                    James J. Waldron
                                                    Clerk

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                               Case No. 15-24894-SLM
Brian G Walcott                                                      Chapter 13
         Debtor                    CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                 Page 1 of 3                   Date Rcvd: Jul 25, 2016
                              Form ID: 185                Total Noticed: 86


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 27, 2016.
db             +Brian G Walcott,    12 High Street,    West Orange, NJ 07052-6102
cr             +PNC BANK, N.A.,    3232 NEWMARK DRIVE,    MIAMISBURG, OH 45342-5421
515668107     ++ASPIRE VISA,    P O BOX 105555,    ATLANTA GA 30348-5555
               (address filed with court: Aspire,     PO Box 23007,    Columbus, GA 31902-3007)
515668102      +Amc Mortgage Services,    505 S Main Street,    Orange, CA 92868-4509
515668105      +Aspire,    P0 Box 105555,    Atlanta, GA 30348-5555
515668106       Aspire,    PO Box 203013,    Columbus, GA 31902-3013
515668108      +Aspire,    PO Box 23046,    Columbus, GA 31902-3046
515668115     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bankof America,     4161 Piedmont Parkway,     Greensboro, NC 27410)
515668109      +Banfield Pet Hospital,    367 Mount Hope Avenue,    Rockaway, NJ 07866-1645
515668111       Bank of America,    P0 Box 15168,    Wilmington, DE 19850
515668114      +Bank of America,    PO Box 17645,    Baltimore, MD 21297-1645
515668112       Bank of America,    PO Box 220411,    Greensboro, NC 27420
515668113      +Bank of America,    PO Box 2240,    Brea, CA 92822-2240
515668118      +Comenity Bank,    Attention: Bankruptcy,    P0 Box 182686,    Columbus, OH 43218-2686
515668119      +Comenity Bank/Dress Barn,    Attention: Bankruptcy,     P.O. Box 182686,    Columbus, OH 43218-2686
515668120      +Comenity Bank/Dress Barn,    Po Box 182789,    Columbus, OH 43218-2789
515668121      +Credit First , NA,    6275 Eastland Road,    Brookpark, OH 44142-1399
515668122      +Credit First National,    PO Box 81344,    Cleveland, OH 44188-0001
515668123       Credit First, N.A.,    PO Box 81344,    Cleveland, OH 44188-0344
515668125      +Credit First/CFNA,    6275 Eastland Rd,    Brookpark, OH 44142-1399
515668124      +Credit First/CFNA,    Bk13 Credit Operations,    P0 Box 818011,    Cleveland, OH 44181-8011
515668129      +HSBC,    PO Box 98706,    Las Vegas, NV 89193-8706
515668132      +HSBC Auto Finance / Santander,     Santander Consumer USA,    P0 Box 961245,
                 Fort Worth, TX 76161-0244
515668133      +HSBC Auto Finance / Santander,     6602 Convoy Court,    San Diego, CA 92111-1009
515668134      +HSBC Bank,    PO Box 37281,    Baltimore, MD 21297-3281
515668136      +HSBC Bank  Legal Processing,    P0 Box 1145,    Buffalo, NY 14240-1145
515668137      +HSBC Mortgage Corporation,    2929 Walden Avenue,    Depew, NY 14043-2690
515668139      +HSBC Mortgage Services,    636 Grand Regency Boulevard,     Brandon, FL 33510-3942
515668140      +HSBC Mortgage Services,    PO Box 11035,    Orange, CA 92856-8135
515668135      +Hsbc Bank,    Attn: Bankruptcy,    P0 Box 5213,    Carol Stream, IL 60197-5213
515804311       Navient Solutions, Inc.,    Department of Education Loan Services,     P.O. Box 9635,
                 Wilkes-Barre, PA 18773-9635
515668145      +PNC,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
515668146      +PNC,    PO Box 1024,    Dayton, OH 45401-1024
515668149      +PNC Bank,    Consumer Loan Center,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4704
515668147      +PNC Bank,    PO Box 3429,    Pittsburgh, PA 15230-3429
515668151      +PNC Bank,    Attn: Mortgage Service Center,    PO Box 3714558,    Pittsburgh, PA 15250-0001
515668150      +PNC Bank,    P0 Box 747024,    Pittsburgh, PA 15274-7024
515668152       PNC Bank,    Attn: Mortgage Service Center,    PO Box 371458,    Summit Hill, PA 18250
515668148      +PNC Bank,    PO Box 94922,    Cleveland, OH 44101-4922
515853590      +PNC Bank, National Association,     Attn: Bankruptcy Department,     3232 Newmark Drive,
                 Miamisburg, OH 45342-5421
515668154      +PNC Mortgage,    PO Box 1820,    Dayton, OH 45401-1820
515668153      +Pnc Mortgage,    P0 Box 8703,    Dayton, OH 45401-8703
515668156      +Sallie Mae Bankruptcy,    220 Lasley Avenue,    Wilkes Barre, PA 18706-1430
515668159     #+Santander Consumer Usa,    8585 N Stemmons Fwy Ste 1100-N,     Dallas, TX 75247-3822
515668160      +Santander Financial Services,     8585 N. Stemmons Freeway,    Dallas, TX 75247-3822
515668161      +Santander Financial Services,     PO Box 961245,    Fort Worth, TX 76161-0244
515668162      +Slm Financial Corp,    P0 Box 9500,    Wilkes-barre, PA 18773-9500
515668166     ++U S DEPARTMENT OF EDUCATION,     P O BOX 5609,    GREENVILLE TX 75403-5609
               (address filed with court: US Department of Education AFSA,      PO Box 7202,    Utica, NY 13504)
515668164      +US Department of Education,    Atlanta Service Center,     Atlanta Federal Center Tower,
                 61 Forsyth Street SW , Room 19T89,    Atlanta, GA 30303-8928
515668165      +US Department of Education,    National Payment Center,     PO Box 4142,
                 Greenville, TX 75403-4142
515668163      +US Department of Education,    PO Box 5609,    Greenville, TX 75403-5609
515668173     ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                 ATTN BANKRUPTCY DEPT MAC X7801-014,     3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
               (address filed with court: Wells Fargo Home Mortgage,      8480 Stagecoach Circle,
                 Frederick, MD 21701)
515668167      +Wells Fargo,    PO Box 911,    Des Moine, IA 50304-0911
515668168      +Wells Fargo Bank,    PO Box 1225,    Charlotte, NC 28201
515668169      +Wells Fargo Bank,    Attn: National Asset Recovery,     PO Box 701,    Chesterfield, MO 63006-0701
515668170      +Wells Fargo Bank,    420 Montgomery Street,    San Francisco, CA 94104-1298
515668171       Wells Fargo Card Services,    PO Box 10347,    Des Moines, IA 50306-0347
515668172      +Wells Fargo Home Loans,    1 Home Campus,    X20501-01H,    Des Moines, IA 50328-0001
515668175      +Wells Fargo Home Mortgage,    PO Box 10437,    Des Moines, IA 50306-0437
515668174       Wells Fargo Home Mortgage,    4080 Hallmark Parkway,     San Bernardino, CA 92407
515668177      +World Financial Network Bank,     PO Box 659562,    San Antonio, TX 78265
515668176       World Financial Network Bank,     PO Box 659584,    San Antonio, TX 78265-9584
515668178       World Financial Network National Bank,     PO Box 182125,    Columbus, OH 43218-2125
```

```
District/off: 0312-2            User: admin                 Page 2 of 3                  Date Rcvd: Jul 25, 2016
                                Form ID: 185                Total Noticed: 86

515668179       +Zucker, Goldberg & Ackerman,    PO Box 1024,    Mountainside, NJ 07092-0024
515668180       +Zucker, Goldberg and Ackerman,    Attorneys AT Law,    200 Sheffield Street - Suite 301,
                  PO Box 1024,    Mountainside, NJ 07092-0024
515668181       +Zucker, Goldberg and Ackerman ESQ,     Attorneys AT Law,    200 Sheffield Street - Suite 301,
                  PO Box 1024,    Mountainside, NJ 07092-0024
515668182       +Zucker, Goldberg and Ackerman PC,     Attorneys AT Law,    200 Sheffield Street - Suite 301,
                  PO Box 1024,    Mountainside, NJ 07092-0024

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jul 25 2016 22:54:41     U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 25 2016 22:54:35      United States Trustee,
                  Office of the United States Trustee,     1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
515668103        E-mail/Text: bnc@trustamerifirst.com Jul 25 2016 22:54:26
                  AmeriFirst Home Improvement Finance,     11171 Mill Valley Road,    Omaha, NE 68154
515668099       +E-mail/Text: ally@ebn.phinsolutions.com Jul 25 2016 22:53:48      Ally Bank,   PO Box 380901,
                  Minneapolis, MN 55438-0901
515668100       +E-mail/Text: ally@ebn.phinsolutions.com Jul 25 2016 22:53:48      Ally Bank,   P0 Box 130424,
                  Roseville, MN 55113-0004
515668098       +E-mail/Text: ally@ebn.phinsolutions.com Jul 25 2016 22:53:48      Ally Bank,   PO Box 9001951,
                  Louisville, KY 40290-1951
515668101       +E-mail/Text: ally@ebn.phinsolutions.com Jul 25 2016 22:53:48      Ally Financial,
                  P0 Box 380901,    Bloomington, MN 55438-0901
515703010        E-mail/Text: ally@ebn.phinsolutions.com Jul 25 2016 22:53:48      Ally Financial,
                  PO Box 130424,    Roseville, MN 55113-0004
515668116       +E-mail/Text: dschobel@certifiedcollection.com Jul 25 2016 22:54:26
                  Certified Credit & Collection,    PO Box 336,    Raritan, NJ 08869-0336
515668126       +E-mail/PDF: pa_dc_ed@navient.com Jul 25 2016 22:57:15      Department Of Education,
                  P0 Box 9635,    Wilkes Barre, PA 18773-9635
515668127       +E-mail/PDF: pa_dc_ed@navient.com Jul 25 2016 22:57:33      Department Of Education/navient,
                  P0 Box 9635,    Wilkes Barre, PA 18773-9635
515668142       +E-mail/Text: bankruptcy@icsystem.com Jul 25 2016 22:55:07      IC Systems,    P0 Box 64378,
                  Saint Paul, MN 55164-0378
515737582        E-mail/Text: cio.bncmail@irs.gov Jul 25 2016 22:54:12      Internal Revenue Service,
                  ACS Support - Stop 5050,    PO Box 219236,    Kansas City, MO 64121
515668144       +E-mail/PDF: pa_dc_claims@navient.com Jul 25 2016 22:57:13      Navient,    P0 Box 9500,
                  Wilkes Barre, PA 18773-9500
515668143       +E-mail/PDF: pa_dc_claims@navient.com Jul 25 2016 22:57:31      Navient,    P0 Box 9635,
                  Wilkes Barre, PA 18773-9635
515779127        E-mail/Text: bnc-quantum@quantum3group.com Jul 25 2016 22:54:29
                  Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
515668155        E-mail/PDF: pa_dc_claims@navient.com Jul 25 2016 22:57:34      Sallie Mae,    PO Box 11509,
                  Killeen, TX 76547-1509
515668157        E-mail/PDF: pa_dc_claims@navient.com Jul 25 2016 22:57:32      Sallie Mae Servicing,
                  PO Box 4600,    Wilkes Barre, PA 18773
515668158        E-mail/PDF: pa_dc_claims@navient.com Jul 25 2016 22:56:54      Sallie Mae Servicing,
                  PO Box 4700,    Wilkes Barre, PA 18773
                                                                                               TOTAL: 19

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515668104*     ++AMERIFIRST HOME IMPROVEMENT FINANCE,     11171 MILL VALLEY ROAD,    OMAHA NE 68154-3933
                (address filed with court: AmeriFirst Home Improvement Finance,     11171 Mill Valley Road,
                  Omaha, NE 68154)
515668110*      +Banfield Pet Hospital,    367 Mount Hope Avenue,    Rockaway, NJ 07866-1645
515668117*      +Certified Credit & Collection,    PO Box 336,    Raritan, NJ 08869-0336
515668128*      +Department Of Education/navient,     P0 Box 9635,    Wilkes Barre, PA 18773-9635
515668131*       HSBC,   P.O. Box 17051,    Baltimore, MD 21297-1051
515668138*      +HSBC Mortgage Corporation,    2929 Walden Avenue,    Depew, NY 14043-2690
515737581*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,     PO BOX 7346,
                  PHILADELPHIA PA 19101-7346
                (address filed with court: Internal Revenue Service,     PO Box 57,    Bensalem, PA 19020)
515737580*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,     PO BOX 7346,
                  PHILADELPHIA PA 19101-7346
                (address filed with court: Internal Revenue Service,     PO Box 724,
                  Springfield, NJ 07081-0724)
515737583*      +Internal Revenue Service,    PO Box 309011,    AMC 8228,    Memphis, TN 38130-9011
515737579*      +Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
515668130       ##+HSBC,    PO Box 17051,    Baltimore, MD 21297-1051
515668141       ##+HSBC Mortgage Services,    PO Box 37282,    Baltimore, MD 21297-3282
                                                                                       TOTALS: 0, * 10, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-2          User: admin              Page 3 of 3             Date Rcvd: Jul 25, 2016
                              Form ID: 185             Total Noticed: 86
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2016                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 25, 2016 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    PNC Bank, National Association dcarlon@kmllawgroup.com,
               dcarlon@zuckergoldberg.com
              Frank J. Martone    on behalf of Creditor    PNC BANK, N.A. bky@martonelaw.com,
               cschlosser@martonelaw.com
              Herbert B. Raymond    on behalf of Debtor Brian G Walcott bankruptcy123@comcast.net,
               jeff.raymond@comcast.net;raymondmail@comcast.net;carol-raymond@comcast.net;bankruptcyattorneys@co
               mcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com
              Joshua I. Goldman    on behalf of Creditor    PNC Bank, National Association
               jgoldman@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
                                                                                             TOTAL: 5