**Information to identify the case:**

| Debtor 1 | Brian G Walcott | Social Security number or ITIN xxx–xx–5266 |
| | First Name  Middle Name  Last Name | EIN __–_____ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN ____ EIN __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 15–24894–SLM | |

# Order of Discharge                                                              12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Brian G Walcott

5/7/19                                                     **By the court:** Stacey L. Meisel
                                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

  ♦ debts that are domestic support obligations;

  ♦ debts for most student loans;

  ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                            United States Bankruptcy Court
                                 District of New Jersey
In re:                                                             Case No. 15-24894-SLM
Brian G Walcott                                                    Chapter 13
         Debtor                    CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin                Page 1 of 3          Date Rcvd: May 07, 2019
                             Form ID: 3180W             Total Noticed: 88


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 09, 2019.
db             +Brian G Walcott,    81 Villas Drive,    Apt 7,   New Castle, DE 19720-2839
cr             +PNC BANK, N.A.,    3232 NEWMARK DRIVE,    MIAMISBURG, OH 45342-5421
515668107     ++ASPIRE VISA,    P O BOX 105555,    ATLANTA GA 30348-5555
               (address filed with court: Aspire,     PO Box 23007,    Columbus, GA 31902-3007)
515668102      +Amc Mortgage Services,    505 S Main Street,   Orange, CA 92868-4509
515668105      +Aspire,   P0 Box 105555,    Atlanta, GA 30348-5555
515668108      +Aspire,   PO Box 23046,    Columbus, GA 31902-3046
515668106       Aspire,   PO Box 203013,    Columbus, GA 31902-3013
515668109      +Banfield Pet Hospital,    367 Mount Hope Avenue,    Rockaway, NJ 07866-1645
515668112       Bank of America,    PO Box 220411,    Greensboro, NC 27420
515668111       Bank of America,    P0 Box 15168,   Wilmington, DE 19850
515668133      +HSBC Auto Finance / Santander,    6602 Convoy Court,    San Diego, CA 92111-1000
515668136      +HSBC Bank  Legal Processing,    P0 Box 1145,   Buffalo, NY 14240-1145
515668137      +HSBC Mortgage Corporation,    2929 Walden Avenue,    Depew, NY 14043-2690
515668140      +HSBC Mortgage Services,    PO Box 11035,   Orange, CA 92856-8135
515668145      +PNC,   2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
515668146      +PNC,   PO Box 1024,    Dayton, OH 45401-1024
515668149      +PNC Bank,    Consumer Loan Center,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4704
515668147      +PNC Bank,   PO Box 3429,    Pittsburgh, PA 15230-3429
515668150      +PNC Bank,   P0 Box 747024,    Pittsburgh, PA 15274-7024
515668152       PNC Bank,   Attn: Mortgage Service Center,    PO Box 371458,    Summit Hill, PA 18250
515668151      +PNC Bank,   Attn: Mortgage Service Center,    PO Box 3714558,    Pittsburgh, PA 15250-0001
515668148      +PNC Bank,   PO Box 94922,    Cleveland, OH 44101-4922
515853590      +PNC Bank, National Association,    Attn: Bankruptcy Department,    3232 Newmark Drive,
                 Miamisburg, OH 45342-5421
515668154      +PNC Mortgage,    PO Box 1820,   Dayton, OH 45401-1820
515668153      +Pnc Mortgage,    P0 Box 8703,   Dayton, OH 45401-8703
517269915      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
517269916      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
515668166     ++U S DEPARTMENT OF EDUCATION,    P O BOX 5609,    GREENVILLE TX 75403-5609
               (address filed with court: US Department of Education AFSA,     PO Box 7202,   Utica, NY 13504)
515668164      +US Department of Education,    Atlanta Service Center,    Atlanta Federal Center Tower,
                 61 Forsyth Street SW , Room 19T89,    Atlanta, GA 30303-8928
515668163      +US Department of Education,    PO Box 5609,   Greenville, TX 75403-5609
515668165      +US Department of Education,    National Payment Center,    PO Box 4142,
                 Greenville, TX 75403-4142
515668167      +Wells Fargo,    PO Box 911,   Des Moine, IA 50304-0911
515668174       Wells Fargo Home Mortgage,    4080 Hallmark Parkway,    San Bernardino, CA 92407
515668181      +Zucker, Goldberg and Ackerman ESQ,    Attorneys AT Law,    200 Sheffield Street - Suite 301,
                 PO Box 1024,    Mountainside, NJ 07092-0024
515668182      +Zucker, Goldberg and Ackerman PC,    Attorneys AT Law,    200 Sheffield Street - Suite 301,
                 PO Box 1024,    Mountainside, NJ 07092-0024

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 07 2019 23:44:49       U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 07 2019 23:44:46       United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
515668103       E-mail/Text: bnc@trustamerifirst.com May 07 2019 23:44:34
                 AmeriFirst Home Improvement Finance,    11171 Mill Valley Road,    Omaha, NE 68154
515668099      +EDI: GMACFS.COM May 08 2019 03:13:00      Ally Bank,    PO Box 380901,
                 Minneapolis, MN 55438-0901
515668100      +EDI: GMACFS.COM May 08 2019 03:13:00      Ally Bank,    P0 Box 130424,   Roseville, MN 55113-0004
515668098      +EDI: GMACFS.COM May 08 2019 03:13:00      Ally Bank,    PO Box 9001951,
                 Louisville, KY 40290-1951
515668101      +EDI: GMACFS.COM May 08 2019 03:13:00      Ally Financial,    P0 Box 380901,
                 Bloomington, MN 55438-0901
515703010       EDI: GMACFS.COM May 08 2019 03:13:00      Ally Financial,    PO Box 130424,
                 Roseville, MN 55113-0004
515668115       EDI: BANKAMER.COM May 08 2019 03:13:00      Bankof America,    4161 Piedmont Parkway,
                 Greensboro, NC 27410
515668114      +EDI: BANKAMER2.COM May 08 2019 03:13:00      Bank of America,    PO Box 17645,
                 Baltimore, MD 21297-1645
515668113       EDI: BANKAMER.COM May 08 2019 03:13:00      Bank of America,    PO Box 2240,   Brea, CA 92822
515668116      +E-mail/Text: bankruptcy@certifiedcollection.com May 07 2019 23:44:34
                 Certified Credit & Collection,    PO Box 336,   Raritan, NJ 08869-0336
515668118      +EDI: WFNNB.COM May 08 2019 03:13:00      Comenity Bank,    Attention: Bankruptcy,   P0 Box 182686,
                 Columbus, OH 43218-2686
515668120      +EDI: WFNNB.COM May 08 2019 03:13:00      Comenity Bank/Dress Barn,    Po Box 182789,
                 Columbus, OH 43218-2789
```

```
District/off: 0312-2            User: admin                Page 2 of 3                  Date Rcvd: May 07, 2019
                                Form ID: 3180W             Total Noticed: 88


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
515668119      +EDI: WFNNB.COM May 08 2019 03:13:00      Comenity Bank/Dress Barn,    Attention: Bankruptcy,
                 P.O. Box 182686,    Columbus, OH 43218-2686
515668121      +EDI: CRFRSTNA.COM May 08 2019 03:13:00      Credit First , NA,    6275 Eastland Road,
                 Brookpark, OH 44142-1399
515668122      +EDI: CRFRSTNA.COM May 08 2019 03:13:00      Credit First National,    PO Box 81344,
                 Cleveland, OH 44188-0001
515668123       EDI: CRFRSTNA.COM May 08 2019 03:13:00      Credit First, N.A.,    PO Box 81344,
                 Cleveland, OH 44188-0344
515668125      +EDI: CRFRSTNA.COM May 08 2019 03:13:00      Credit First/CFNA,    6275 Eastland Rd,
                 Brookpark, OH 44142-1399
515668124      +EDI: CRFRSTNA.COM May 08 2019 03:13:00      Credit First/CFNA,    Bk13 Credit Operations,
                 P0 Box 818011,    Cleveland, OH 44181-8011
515668126      +EDI: NAVIENTFKASMDOE.COM May 08 2019 03:13:00      Department Of Education,    P0 Box 9635,
                 Wilkes Barre, PA 18773-9635
515668127      +EDI: NAVIENTFKASMDOE.COM May 08 2019 03:13:00      Department Of Education/navient,
                 P0 Box 9635,    Wilkes Barre, PA 18773-9635
515668129      +EDI: HFC.COM May 08 2019 03:13:00      HSBC,    PO Box 98706,    Las Vegas, NV 89193-8706
515668130      +EDI: HFC.COM May 08 2019 03:13:00      HSBC,    PO Box 17051,    Baltimore, MD 21297-1051
515668132      +EDI: DRIV.COM May 08 2019 03:13:00      HSBC Auto Finance / Santander,    Santander Consumer USA,
                 P0 Box 961245,    Fort Worth, TX 76161-0244
515668134      +EDI: HFC.COM May 08 2019 03:13:00      HSBC Bank,    PO Box 37281,    Baltimore, MD 21297-3281
515668141      +EDI: HFC.COM May 08 2019 03:13:00      HSBC Mortgage Services,    PO Box 37282,
                 Baltimore, MD 21297-3282
515668139      +EDI: HFC.COM May 08 2019 03:13:00      HSBC Mortgage Services,    636 Grand Regency Boulevard,
                 Brandon, FL 33510-3942
515668135      +EDI: HFC.COM May 08 2019 03:13:00      Hsbc Bank,    Attn: Bankruptcy,    P0 Box 5213,
                 Carol Stream, IL 60197-5213
515668142      +EDI: IIC9.COM May 08 2019 03:13:00      IC Systems,    P0 Box 64378,    Saint Paul, MN 55164-0378
515737582       EDI: IRS.COM May 08 2019 03:13:00      Internal Revenue Service,    ACS Support - Stop 5050,
                 PO Box 219236,    Kansas City, MO 64121
515668144      +EDI: NAVIENTFKASMSERV.COM May 08 2019 03:13:00      Navient,    P0 Box 9500,
                 Wilkes Barre, PA 18773-9500
515668143      +EDI: NAVIENTFKASMSERV.COM May 08 2019 03:13:00      Navient,    P0 Box 9635,
                 Wilkes Barre, PA 18773-9635
515804311       EDI: NAVIENTFKASMSERV.COM May 08 2019 03:13:00      Navient Solutions, Inc.,
                 Department of Education Loan Services,    P.O. Box 9635,    Wilkes-Barre, PA 18773-9635
515779127       EDI: Q3G.COM May 08 2019 03:13:00      Quantum3 Group LLC as agent for,    Comenity Bank,
                 PO Box 788,    Kirkland, WA 98083-0788
515668155       EDI: NAVIENTFKASMSERV.COM May 08 2019 03:13:00      Sallie Mae,    PO Box 11509,
                 Killeen, TX 76547-1509
515668156      +EDI: NAVIENTFKASMSERV.COM May 08 2019 03:13:00      Sallie Mae Bankruptcy,    220 Lasley Avenue,
                 Wilkes Barre, PA 18706-1430
515668157       EDI: NAVIENTFKASMSERV.COM May 08 2019 03:13:00      Sallie Mae Servicing,    PO Box 4600,
                 Wilkes Barre, PA 18773
515668158       EDI: NAVIENTFKASMSERV.COM May 08 2019 03:13:00      Sallie Mae Servicing,    PO Box 4700,
                 Wilkes Barre, PA 18773
515668159      +EDI: DRIV.COM May 08 2019 03:13:00      Santander Consumer Usa,    8585 N Stemmons Fwy Ste 1100-N,
                 Dallas, TX 75247-3822
515668160      +EDI: DRIV.COM May 08 2019 03:13:00      Santander Financial Services,    8585 N. Stemmons Freeway,
                 Dallas, TX 75247-3822
515668161      +EDI: DRIV.COM May 08 2019 03:13:00      Santander Financial Services,    PO Box 961245,
                 Fort Worth, TX 76161-0244
515668162      +EDI: NAVIENTFKASMSERV.COM May 08 2019 03:13:00      Slm Financial Corp,    P0 Box 9500,
                 Wilkes-barre, PA 18773-9500
515668173       EDI: WFFC.COM May 08 2019 03:13:00      Wells Fargo Home Mortgage,    8480 Stagecoach Circle,
                 Frederick, MD 21701
515668168       EDI: WFFC.COM May 08 2019 03:13:00      Wells Fargo Bank,    PO Box 1225,
                 Charlotte, NC 28201-1225
515668169      +EDI: WFFC.COM May 08 2019 03:13:00      Wells Fargo Bank,    Attn: National Asset Recovery,
                 PO Box 701,    Chesterfield, MO 63006-0701
515668170      +EDI: WFFC.COM May 08 2019 03:13:00      Wells Fargo Bank,    420 Montgomery Street,
                 San Francisco, CA 94104-1298
515668171       EDI: WFFC.COM May 08 2019 03:13:00      Wells Fargo Card Services,    PO Box 10347,
                 Des Moines, IA 50306-0347
515668172      +EDI: WFFC.COM May 08 2019 03:13:00      Wells Fargo Home Loans,    1 Home Campus,    X20501-01H,
                 Des Moines, IA 50328-0001
515668175      +EDI: WFFC.COM May 08 2019 03:13:00      Wells Fargo Home Mortgage,    PO Box 10437,
                 Des Moines, IA 50306-0437
515668177       EDI: WFNNB.COM May 08 2019 03:13:00      World Financial Network Bank,    PO Box 659562,
                 San Antonio, TX 78265-9584
515668176       EDI: WFNNB.COM May 08 2019 03:13:00      World Financial Network Bank,    PO Box 659584,
                 San Antonio, TX 78265-9584
515668178       EDI: WFNNB.COM May 08 2019 03:13:00      World Financial Network National Bank,    PO Box 182125,
                 Columbus, OH 43218-2125
                                                                                              TOTAL: 53
```

```
District/off: 0312-2          User: admin              Page 3 of 3                Date Rcvd: May 07, 2019
                              Form ID: 3180W           Total Noticed: 88


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             Ally Financial,    PO Box 130424,    Roseville, MN 55113-0004
515668104*     ++AMERIFIRST HOME IMPROVEMENT FINANCE,    11171 MILL VALLEY ROAD,    OMAHA NE 68154-3933
                (address filed with court:   AmeriFirst Home Improvement Finance,    11171 Mill Valley Road,
                  Omaha, NE 68154)
515668110*      +Banfield Pet Hospital,    367 Mount Hope Avenue,    Rockaway, NJ 07866-1645
515668117*      +Certified Credit & Collection,    PO Box 336,    Raritan, NJ 08869-0336
515668128*      +Department Of Education/navient,    P0 Box 9635,    Wilkes Barre, PA 18773-9635
515668131*       HSBC,   P.O. Box 17051,    Baltimore, MD 21297-1051
515668138*      +HSBC Mortgage Corporation,    2929 Walden Avenue,    Depew, NY 14043-2690
515737581*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                  PHILADELPHIA PA 19101-7346
                (address filed with court:   Internal Revenue Service,    PO Box 57,    Bensalem, PA 19020)
515737580*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                  PHILADELPHIA PA 19101-7346
                (address filed with court:   Internal Revenue Service,    PO Box 724,
                  Springfield, NJ 07081-0724)
515737583*      +Internal Revenue Service,    PO Box 309011,    AMC 8228,    Memphis, TN 38130-9011
515737579*      +Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
515668179      ##+Zucker, Goldberg & Ackerman,    PO Box 1024,    Mountainside, NJ 07092-0024
515668180      ##+Zucker, Goldberg and Ackerman,    Attorneys AT Law,    200 Sheffield Street - Suite 301,
                  PO Box 1024,    Mountainside, NJ 07092-0024
                                                                                   TOTALS: 0, * 11, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 7, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    PNC Bank, National Association dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Frank J. Martone    on behalf of Creditor    PNC BANK, N.A. bky@martonelaw.com
              Herbert B. Raymond    on behalf of Debtor Brian G Walcott herbertraymond@gmail.com,
               raymondmail@comcast.net;carol-raymond@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@
               gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;esq5622@
               gmail.com
              John R. Morton, Jr.    on behalf of Creditor    Ally Financial ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              Joshua I. Goldman    on behalf of Creditor    PNC Bank, National Association
               jgoldman@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
                                                                                             TOTAL: 6
```